THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY LINN BERKLEY,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>**Acting Commissioner<br>of Social Security**<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO. 3:22-CV-00883<br>:  (JUDGE MARIANI)<br>:  (Chief Magistrate Judge Mehalchick)[1]<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW, THIS 6th DAY OF SEPTEMBER 2024**, upon *de novo* review of Chief Magistrate Judge Karoline Mehalchick's Report & Recommendation ("R&R") (Doc. 14), Plaintiff Terry Linn Berkley's Objections to the R&R (Doc. 15), and all other relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Objections (Doc. 15) are **OVERRULED**;

2. The R&R (Doc. 14) is **ADOPTED**;

3. Plaintiff's appeal of the Acting Commissioner's decision (Doc. 1) is **DENIED**;

---

[1] Chief Magistrate Judge Mehalchick has since been elevated to the position of United States District Judge.

4. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of the Acting Commissioner of Social Security and against Plaintiff Terry Linn Berkley;

5. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge